1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  MATTHEW T. STRUHAR (SB # 293973)
   matt.struhar@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  916.447.0700
5  Facsimile:  916.447.4781

6  Attorneys for Defendant
   Select Portfolio Servicing, Inc., a foreign corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYL MORTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC., a foreign corporation; and DOES 1-10 inclusive,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-01794-JAM-DB<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC. TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT; ORDER |

## STIPULATION

This Stipulation is entered into by Plaintiff Karyl Morton ("Plaintiff") and Defendant Select Portfolio Servicing, Inc., a corporation ("Defendant") (collectively with Plaintiff, "Parties"), by and through respective counsel.

## RECITALS

WHEREAS, Plaintiff filed his Verified Complaint for Damages and Equitable Relief ("Complaint") in this action on August 28, 2017.

WHEREAS, Plaintiff served the Complaint on Defendant on August 30, 2017.

WHEREAS, the deadline for Defendant's response to Plaintiff's complaint is currently September 20, 2017.

WHEREAS, the Parties are exploring and discussing potential resolutions to this matter.

WHEREAS, the Parties have not completed those discussions and require additional time to do so.

BASED UPON THE FOREGOING, THE PARTIES STIPULATE AND HEREBY AGREE AS FOLLOWS:

Good cause exists to extend Defendant's deadline to respond to Plaintiff's Complaint to allow the Parties additional time to meet and confer regarding Defendant's response to the Complaint;

The Parties agree that the deadline for Defendant to respond to the Complaint should be extended to October 20, 2017; and,

The Parties agree that this Stipulation should be set for ex parte hearing, only if deemed necessary by the Court, at the earliest available time.

DATED: September 20, 2017

STOEL RIVES LLP

By:/s/ Thomas A. Woods
  THOMAS A. WOODS
  MATTHEW T. STRUHAR
  Attorneys for Defendant
  Select Portfolio Servicing, Inc., a foreign corporation

DATED: September 20, 2017

FARSAD LAW OFFICE, P.C.

By:/s/ Arasto Farsad
  ARASTO FARSAD
  Attorneys for Plaintiff
  Karyl Morton

**ATTESTATION OF SIGNATURE**

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories.

DATED: September 20, 2017

/s/ Thomas A. Woods
THOMAS A. WOODS

ORDER

Good cause appearing, based on the Stipulation by and between Plaintiff Karyl Morton and Defendant Select Portfolio Servicing, Inc., a foreign corporation (collectively, the "Parties"), the Court hereby ORDERS that Defendant's time respond to the Plaintiff's Verified Complaint for Damages and Equitable Relief is extended.

IT IS HEREBY ORDERED that Defendant Select Portfolio Servicing, Inc., a foreign corporation shall file and serve a response to Plaintiff's Complaint no later than October 20, 2017.

**IT IS SO ORDERED.**

Dated: 9/20/2017  /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE