THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
MATTHEW T. STRUHAR (SB # 293973)
matt.struhar@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
Select Portfolio Servicing, Inc., a foreign corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYL MORTON,<br><br>    Plaintiff,<br><br> v.<br><br>SELECT PORTFOLIO SERVICING, INC., a foreign corporation; and DOES 1-10 inclusive,<br><br>    Defendant. | Case No. 2:17-cv-01794-JAM-DB<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC. TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT; ORDER |

## STIPULATION

This Stipulation is entered into by Plaintiff Karyl Morton ("Plaintiff") and Defendant Select Portfolio Servicing, Inc., a corporation ("Defendant") (collectively with Plaintiff, "Parties"), by and through respective counsel.

## RECITALS

WHEREAS, Plaintiff filed his Verified Complaint for Damages and Equitable Relief ("Complaint") in this action on August 28, 2017.

WHEREAS, Plaintiff served the Complaint on Defendant on August 30, 2017.

WHEREAS, the Parties agreed to an extension of time for Defendant to respond, and thus the deadline for Defendant's response to Plaintiff's complaint is currently October 20, 2017.

WHEREAS, the Parties are still exploring and discussing potential resolutions to this matter.

WHEREAS, the Parties have not completed those discussions and require additional time to do so.

BASED UPON THE FOREGOING, THE PARTIES STIPULATE AND HEREBY AGREE AS FOLLOWS:

Good cause exists to extend Defendant's deadline to respond to Plaintiff's Complaint to allow the Parties additional time to meet and confer regarding Defendant's response to the Complaint;

The Parties agree that the deadline for Defendant to respond to the Complaint should be extended to November 20, 2017; and,

The Parties agree that this Stipulation should be set for ex parte hearing, only if deemed necessary by the Court, at the earliest available time.

DATED: October 18, 2017

                                STOEL RIVES LLP

                                By:/s/ Thomas A. Woods
                                   THOMAS A. WOODS
                                   MATTHEW T. STRUHAR
                                   Attorneys for Defendant
                                   Select Portfolio Servicing, Inc., a foreign corporation

DATED: October 18, 2017

                                FARSAD LAW OFFICE, P.C.

                                By:/s/ Arasto Farsad
                                   ARASTO FARSAD
                                   Attorneys for Plaintiff
                                   Karyl Morton

1 **ATTESTATION OF SIGNATURE**

2     I attest under penalty of perjury under the laws of the United States of America that I have

3 received the concurrence in the filing of this document from the listed signatories.

4 DATED: October 18, 2017

          /s/ Thomas A. Woods
          THOMAS A. WOODS

1                                         ORDER

2       Good cause appearing, based on the Stipulation by and between Plaintiff Karyl Morton and Defendant Select Portfolio Servicing, Inc., a foreign corporation (collectively, the "Parties"), the Court hereby ORDERS that Defendant's time respond to the Plaintiff's Verified Complaint for Damages and Equitable Relief is extended.

      IT IS HEREBY ORDERED that Defendant Select Portfolio Servicing, Inc., a foreign corporation shall file and serve a response to Plaintiff's Complaint no later than November 20, 2017.

**IT IS SO ORDERED.**

Dated: 10/19/17                     /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND; [PROPOSED]    -5-                         2:17-CV-01794-JAM-DB
ORDER
94468611.1 0052161-05213